UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

February 5, 2018

No. 17-1710

Magdiel Mondragon-Gonzalez,
Petitioner

v.

Attorney General of the United
States of America,
Respondent

(Agency No. A060-104-346)

Present:  VANASKIE, SHWARTZ and FUENTES, Circuit Judges

1.  Motion by Respondent to Publish Opinion dated 01/29/18.


                                        Respectfully,
                                        Clerk/clw

_____ORDER_____
The foregoing motion to publish Opinion is granted.


                                        By the Court,

                                        s/ Thomas I. Vanaskie
                                        Circuit Judge


Dated: February 28, 2018
CLW/cc: Bridget Cambria, Esq.
        Janette L. Allen, Esq.
        Jennifer A. Bowen, Esq.
        Barbara J. Leen, Esq.
        Anthony C. Payne, Esq.
        Jessica D. Strokus, Esq.